**E-Filed 4/7/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STMICROELECTRONICS, INC.; STMICROELECTRONICS N.V., <br><br>Plaintiffs, <br>v. <br><br>AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES LIMITED; AVAGO TECHNOLOGIES ECBU IP (SINGAPORE) PTE. LTD.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br>Defendants. | Case No. 5:10-cv-05023-JF (PSG) <br><br>**ORDER[1] GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS** <br><br>[Re: Docket No. 48] |

Having considered both the legal and practical concerns raised by Defendants, the Court concludes that it is appropriate to stay the instant proceedings.[2] Accordingly, the motion to stay is GRANTED. This matter, Case No. CV-10-5023-JF (PSG), is stayed until such time as related patent litigation, Case No.6-10-cv-00092-LED in the Eastern District of Texas, is resolved.[3]

---

[1] This disposition is not designated for publication in the official reports.

[2] The Court notes that Plaintiffs have not filed opposition within the designated period of time set forth in Civ. L.R. 7-11(b).

[3] All pending motions are administratively terminated without prejudice.

Case No. 5:10-cv-05023 JF (PSG)
ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS
(JFLC1)

1
2   **IT IS SO ORDERED.**
3
4   DATED: April 7, 2011

    _____
    JEREMY FOGEL
5   United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2