Marta Palacios, Bar No. 206018
MPalacios@perkinscoie.com
PERKINS COIE LLP
4 Embarcadero Center, Suite 2400
San Francisco, CA  94111
Telephone:  415.344.7000
Facsimile:  415.344.7050

Susan E. Foster (*pro hac vice*)
SFoster@perkinscoie.com
Cori Gordon Moore (*pro hac vice*)
CGMoore@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiffs
**STMicroelectronics, Inc. and**
**STMicroelectronics N.V.**

IT IS SO ORDERED
Judge Edward J. Davila
10/27/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STMicroelectronics, Inc.; STMicroelectronics N.V., <br><br> Plaintiffs, <br><br> v. <br><br> Avago Technologies U.S. Inc.; Avago Technologies Limited; Avago Technologies ECBU IP (Singapore) Pte. Ltd.; and Avago Technologies General IP (Singapore) Pte. Ltd., <br><br> Defendants. | Case No. 10-cv-05023-EJD <br><br> **STIPULATION OF DISMISSAL** |

In accordance with Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil

Procedure, the parties hereby dismiss the above-captioned action, including all claims and

counterclaims, without prejudice to refiling. Each party will bear its own costs and attorneys' fees.

DATED: October 26, 2011.

| PERKINS COIE LLP | MAYER BROWN LLP |
|---|---|
| By: /s/ Marta Palacios<br>Marta Palacios (SBN 206018)<br>MPalacios@perkinscoie.com<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Telephone: 415.344.7000<br>Facsimile: 415.344.7050<br><br>Susan E. Foster (*pro hac vice*)<br>SFoster@perkinscoie.com<br>Cori Gordon Moore (*pro hac vice*)<br>CGMoore@perkinscoie.com<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for Plaintiffs STMicroelectronics, Inc. and STMicroelectronics N.V. | By: /s/ Duane-David Hough<br>Duane-David Hough (*pro hac vice*)<br>dhough@mayerbrown.com<br>Brian W. Nolan (*pro hac vice*)<br>bnolan@mayerbrown.com<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2500<br>Facsimile: (212) 262-1910<br><br>Christopher J. Kelly (SBN 276312)<br>cjkelly@mayerbrown.com<br>Eric B. Evans (SBN 232476)<br>eevans@mayerbrown.com<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>Telephone: (650) 331-2000<br>Facsimile: (650) 331-2060<br><br>Attorneys for Defendants Avago Technologies U.S., Inc., Avago Technologies Limited, Avago Technologies ECBU IP (Singapore) Pte. Ltd., and Avago Technologies General IP (Singapore) Pte., Ltd. |

IT IS SO ORDERED.
The Clerk shall close this file.

Dated: October 27, 2011

_____
United States District Judge